FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00161-RFB-PAL |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| NELSON MUKUNA, D.Pharm., | |
| Defendant. | |

This Court finds that defendant Nelson Mukuna pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Count One with Conspiracy to Commit Health Care Fraud in violation of Title 18, United States Code, Sections 1347 and 1349 and in Count Two with Structuring Transactions to Evade Reporting Requirements in violation of Title 31, United States Code, Sections 5313(a) and 5324(a)(3). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Nelson Mukuna agreed to the imposition of the in personam criminal forfeiture money judgments of $3,749,121.29 and $109,370 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgments are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1347, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(F), involving a Federal health care offense as defined in Title 18,

United States Code, Section 24, or Title 18, United States Code, Section 1349, conspiracy to commit such offense; (2) property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of Title 18, United States Code, Sections 1347 and 1349, a Federal health care offense as defined in Title 18, United States Code, Section 24; (3) all property, real or personal, involved in violations of Title 31, United States Code, Sections 5313(a) and 5324(a)(3), or any conspiracy to commit such violation, and any property traceable thereto; and (4) any property involved in violations of Title 31, United States Code, Sections 5313(a) and 5324(a)(3), or any conspiracy to commit any such violations, and any property traceable to any such violations or conspiracy, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(7); Title 31, United States Code, Section 5317(c)(1); Title 31, United States Code, Section 5317(c)(2) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

This Court finds that Nelson Mukuna shall pay in personam criminal forfeiture money judgments of $3,749,121.29 and $109,370 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(7); Title 31, United States Code, Section 5317(c)(1); Title 31, United States Code, Section 5317(c)(2) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

The in personam criminal forfeiture money judgments comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Nelson Mukuna in personam criminal forfeiture money judgments of $3,749,121.29 and $109,370.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 1st day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE