Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Nelson M. Mukuna**

Case Number: **2:18CR00161**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **December 3, 2018**

Original Offense: **Count 1: Conspiracy to Commit Health Fraud and Count 2: Structuring Transactions to Evade Reporting Requirements**

Original Sentence: **14 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 11, 2020**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## SUMMARY

Mukuna submitted a request to travel to Nairobi, Kenya, leaving on April 1, 2021 and returning on April 17, 2021. Mukuna stated that the purpose of the trip was to attend his father's funeral and visit with family. He learned of the passing of his father on March 30, 2021 and obtained permission from the State Department on March 31, 2021 to receive his passport for the emergency situation.

Since commencing supervised release on December 3, 2018, Mukuna has been compliant with all conditions. Mukuna is employed and also receives the financial support of his wife. Mukuna has not tested positive for illicit substances and has completed 63 hours of community service work to date.

At this time, the probation office does not object to the proposed travel and respectfully defers to the Court for approval, noting in this instance the urgency of timing of his request due to the circumstances. If Mukuna is allowed to depart on April 1, 2021, he will be able to attend his father's funeral on April 3, 2021.

RE: Nelson M. Mukuna

Form 12 - Travel
D/NV Form
Rev. June 2014

                                                        Respectfully submitted,

Bryce D. Stark
2021.03.31 15:24:59 -07'00'

Bryce D. Stark
United States Probation Officer

Approved:

Ben Johnson
2021.03.31 14:36:33 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

## THE COURT ORDERS

[✓]   Requested Travel is Approved

[ ]   Requested Travel is Denied

[ ]   Other

RICHARD F. BOULWARE, II
United States District Judge

March 31, 2021
Date